

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On September 24, 2014, we suspended the appellate deadlines in this case pending mediation. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2. The mediator notified this court that the mediation was unsuccessful but that the parties had ongoing negotiations. On December 1, 2014, we granted appellant's request to extend the abatement of this appeal to December 12, 2014. The parties have not since that time notified this Court that they have settled this cause.

We, therefore, ORDER the appellate deadlines reinstated. At the time the deadlines were suspended, the reporter's record was due to be filed. We ORDER the court reporter responsible for filing the reporter's record in this appeal to file the reporter's record on or before **February 9, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court